UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 25-MJ-112 |
| | : | |
| THOMAS LEGRO, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | : | (Possessing Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2253 |
| | : | 21 U.S.C. § 853(p) |
| | : | (Forfeiture Allegation) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 26, 2025, within the District of Columbia, the defendant, **THOMAS LEGRO**, did knowingly possess one or more images or video files, or other matter, which contain any visual depiction that has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, to wit: videos depicting minors who had not attained 12 years of age engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A) and such visual depiction is of such conduct.

(Possessing Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **THOMAS LEGRO**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. Section 853(p).

(Criminal Forfeiture, pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853(p))

A TRUE BILL:


FOREPERSON.


JEANINE FERRIS PIRRO
United States Attorney

*Janani J. Ayengar*
JANANI J. IYENGAR
Assistant United States Attorney