UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-192-JDB |
| **THOMAS LEGRO** | : | |

## MOTION TO CONTINUE

Thomas LeGro, through undersigned counsel, respectfully requests this Honorable Court continue the hearing currently scheduled on March 9, 2026 by approximately 30 days. The government has extended a plea agreement to Mr. LeGro and counsel requires time to discuss the agreement with Mr. LeGro in the context of discovery and investigation. Undersigned counsel has conferred with counsel for the government, who does not oppose this request. The parties have conferred and are available April 8, 9, and 10, 2026. If the Court is available, Mr. LeGro respectfully requests the Court vacate the upcoming status conference and set a change of plea hearing during one of the requested dates.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER
/s/
_____
Tezira Abe
Assistant Federal Public Defender
625 Indiana Ave. N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500