UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-CR-192 |
| THOMAS LEGRO, | |
| Defendant. | |

**STATEMENT OF OFFENSE IN SUPPORT OF
DEFENDANT THOMAS LEGRO'S PLEA OF GUILTY**

The parties in this case, the United States of America and the defendant, Thomas LeGro, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to show that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

## I.    The Penalties

A violation of 18 U.S.C. § 2252(a)(4)(B) carries a maximum sentence of 20 years of imprisonment; a fine of $250,000 or twice the pecuniary gain or loss of the offense, pursuant to 18 U.S.C. § 3571(b)(3); a term of supervised release of not ~~more~~ less than five years and up to life, pursuant to 18 U.S.C. § 3583(k); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

## II.    The Elements of the Offense

To prove that the defendant is guilty of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), the government must prove beyond a reasonable doubt that:

1.  The defendant knowingly possessed a visual depiction;

2. The depiction had been shipped or transported in or affecting interstate or foreign commerce or contains materials which have been mailed or so shipped or transported, by any means including by computer;

3. Producing the visual depiction involved using a minor engaged in sexually explicit conduct; and

4. The depiction was of a minor engaged in sexually explicit conduct.

### Factual Proffer

The defendant maintained at least two registered profiles on a members-only darknet child pornography website. On the website, members advertised and distributed child sexual abuse material, shared links to child pornography, and discussed the sexual abuse of children. The defendant accessed the website on at least ten occasions, including from his residence in Washington, D.C., between June 5, 2024, and September 13, 2024, at which time the website was shut down by law enforcement.

On June 26, 2025, law enforcement executed a search warrant at the defendant's residence. Law enforcement seized the defendant's work computer, which was password-protected. On the device, the defendant possessed eleven videos of child sexual abuse material. The videos were added to the device on different occasions ranging from October 23, 2021—January 8, 2023. All the videos show an adult man inserting his penis into the mouth of a prepubescent female child. Four of the videos are described below:

| Hjtgrzeaa-1.m4v | Created on February 7, 2022 | A video that is 5 minutes and 42 seconds long depicting an adult male inserting his penis into the mouth of a prepubescent female child. The child is unclothed and her breasts are exposed. |
| --- | --- | --- |

| Juyvrterczerze-1.m4v | Created on February 11, 2022 | A video that is 1 minute and 51 seconds long depicting an adult male inserting his penis into the mouth of a prepubescent female child. At one point in the video, the adult male ejaculates into the prepubescent female's mouth. The prepubescent female is wearing a plaid dress. |
|---|---|---|
| Kunytre-1.m4v | Created on February 12, 2022 | A video that is 37 seconds long depicting an adult male inserting his penis into the mouth of a prepubescent female child, whose genitals and anus are exposed to the camera. At one point in the video, the adult male's hand manipulates the prepubescent female's vagina. |
| Ngqgszs-1.m4v | Created on February 13, 2022 | A video that is 44 seconds long depicting an adult male inserting his penis into the mouth of a prepubescent female child. At the beginning of the video, the child has the adult male's penis in her hand. When the adult male moves his penis toward the child's mouth, she shakes her head. The adult male then forcibly presses her mouth against his penis by holding her head in his hand. |

In addition, the defendant's laptop contained seven still images that appear to be taken from two additional videos. Six of the images depict a minor female wearing a black blindfold. During the progression of the images, an adult male inserts his penis into the child's mouth. The seventh photograph depicts a minor female wearing a pink blindfold. An adult male holds his penis in front of the child's mouth.

The defendant knew that he possessed these videos and photographs, which were visual depictions of minors engaged in sexually explicit conduct.

When agents knocked on the door of the defendant's residence to execute the search warrant, the defendant destroyed a hard drive containing additional evidence of his possession of child pornography. He did so with the intent to obstruct or impede the investigation into this offense.

Respectfully,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/ Caroline Burrell
Caroline Burrell
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I, Thomas LeGro, have read every page of this Statement of Offense and have discussed it with my attorney, Tezira Abe, Esq.  I agree to it and acknowledge that everything in this statement is true and correct.  I do this voluntarily and of my own free will.

Date: _10 APRIL 2026_

_____
Thomas LeGro
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read every page of this Statement of Offense, reviewed and discussed it with my client, Thomas LeGro, and have no reason to disagree with my client's admission that the facts set forth therein are true and correct.

Date: 4/10/2026

_____
Tezira Abe, Esq.
Attorney for Defendant Thomas LeGro